AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
June 14, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Valeria Sandoval
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. SA-24-MJ-00878 |
|  | ) |
| TREVIN WAYNE MICHAEL BOONE | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 19, 2023 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 875(c) | Interstate communication of a threat<br><br>Penalties: Up to 5 Years Imprisonment, $250,000 Fine, Up to 3 years Supervised Release, $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

Joseph Waelbroeck
Digitally signed by Joseph Waelbroeck
Date: 2024.06.13 18:50:35 -05'00'

*Complainant's signature*

TFO Joseph Waelbroeck
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: June 13, 2024

*Judge's signature*

City and state: San Antonio, Texas    ELIZABETH S. CHESTNEY, US MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Waelbroeck, being duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Police Officer with the University of Texas at San Antonio Police Department (UTSA PD) and have been employed by UTSA PD since August of 2015. I have been a Police Officer since 2009. I am currently a Task Force Officer with the Federal Bureau of Investigation and have been assigned as such since 2022. I am currently assigned to the JTTF Domestic Terrorism Squad. Through training, education, and experience in my current assignment, and my previous experience, I have become familiar with the involvement of targeted violence actors in activities and the methods of planning and preparation for attacks while avoiding detection by law enforcement.

2. I am familiar with relevant aspects of this investigation as a result of my personal participation in this investigation and through conversations with other law enforcement officers participating in this investigation. On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, as will be detailed more fully below, I believe there is probable cause that violations of 18 U.S.C § 875(c) – Interstate Communication- Threats have been committed by TREVIN WAYNE MICHAEL BOONE.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

4. On December 19, 2023, FBI received a tip from an individual in a Kik livestream chatroom that someone in the chatroom had been making threats. The threats stated: "I will be on

the news shortly. My name is Jeremy hazen. Google me in about three days I'm not joking, and I'm not going to just shoot myself. I'm going to take many with me I will not face the abyss of darkness alone. Remember my name, you lll be seeing it on the news and inside articles. I'm located in el paso Texas, you all know something ahead of time. My name is Jeremy hazen, I will be taking at least 12 people with me to hell. The world will only wish that they were made aware, of what I have told you today."

5. FBI El Paso submitted an emergency disclosure request to Kik and obtained the IP address of the location (in San Antonio) from where the threats had been made. FBI San Antonio made contact with the homeowner who stated she had a wi-fi network that was password protected and that the only person who had been home at the time the threat was made was her 18-year-old son. Agents interviewed the individual and discounted him as a subject based on the returns from Kik relating to the username. Instead, they were able to attribute the username to TREVIN WAYNE MICHAEL BOONE. Agents interviewed BOONE on May 23, 2024. BOONE admitted to having made the statements in the Kik chatroom and that had logged into the chatroom because it was about "cocaine and weed." BOONE claimed he was high at the time he made the threats and that he didn't intend to hurt or shoot anyone. He claimed not to own a firearm and stated that he couldn't have them at his house because his brother, whom he lives with, is a convicted felon. BOONE also stated that he would be graduating from Brennan High School in a couple of weeks. Agents later determined he was lying about his school status and was not enrolled in school.

6. Agents interviewed the original tipster, who was in Florida at the time he was viewing the chats from BOONE, thereby confirming the interstate nexus of the communicated threats.

7. Agents looked into BOONE further and determined he had been contacted by SAPD in September of 2023 in relation to an alleged shoplifting. According to store employees, they suspected BOONE of shoplifting on at least five separate occasions but that the employees never confronted BOONE because he openly carried a firearm in his pants while in the store. SAPD officers made contact with BOONE and determined he had a black BB gun and narcotics on him. In addition, they found ballistics armor and a trench coat in the trunk of his car. When asked, BOONE stated they were there "just in case there is a mass shooting." Images from BOONE's Facebook account show him wearing what appears to be ballistics armor while holding what appeared to be two firearms in his hands and another firearm on his lap.

8. On Thursday, June 13, 2024, BOONE purchased a Benelli, BE.S.T. Lupo 300 Winchester Magnum Rifle, with a 24″ barrel along with five AR-15, 30 round polymer magazines from Nagel's Gun Shop, located at 6201 San Pedro Avenue, San Antonio, Texas 78216. BOONE's background check was placed on a 15 day hold due to his age; BOONE was unable to leave with the rifle until the 15-day hold clears. BOONE paid for the rifle and the magazines and left the store with only the magazines in his possession.

9. Your Affiant learned that BOONE was indicted, on April 15, 2024, for the possession of narcotics (heroin) from the September 2023 arrest by the San Antonio Police Department and is scheduled to appear in the Bexar County 227th District Court on June 14, 2024.

3

**CONCLUSION**

Based on the facts contained within this affidavit, I believe there is probable cause that the violation of 18 U.S.C § 875(c) – Interstate Communication- Threats has been committed by TREVIN WAYNE MICHAEL BOONE.

_____
Joseph Waelbroeck
Task Force Officer
Federal Bureau of Investigation

Digitally signed by Joseph Waelbroeck
Date: 2024.06.13 19:26:38 -05'00'

Subscribed and sworn to telephonically on this __13th__ day of June 2024

_____
ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE

4